IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


LACEY M. CORBIN                                                        PLAINTIFF


v.                                      CIVIL NO. 25-3065


FRANK BISIGNANO, Commissioner
Social Security Administration                                        DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 13th day of May 2026.



/s/ *Christy Comstock*

CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE